IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                CASE NO. 5:10cr12/RS

KELAWANOIA W. MCKAY,

      Defendant.
_____/

## ORDER

Before me is the Government's Motion To Continue Sentencing (Doc. 9).

**IT IS ORDERED** that the sentencing hearing presently scheduled for June 2, 2010, is continued and is **rescheduled for June 30, 2010, at 10:45 a.m.**

**ORDERED** on May 28, 2010.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**